| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>WOODLOCK, DOUGLAS P | 2. Court or Organization<br><br>DISTRICT OF MASSACHUSETTS | 3. Date of Report<br><br>05/01/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>ACTIVE U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>Suite 4110, 1 Courthouse Way<br>Boston, MA 02210 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Trust No. 1 |
| 2.   Member, Board of Advisers (resigned 1/31/07) | The Petra Foundation (501(c)(3)) |
| 3.   Trustee (resigned 12/14/06) | First Circuit History Society (501(c)(3)) |
| 4.   Trustee | Trust No. 2 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2007 MAY -1 A 10: 16 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/01/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

$\boxed{X}$ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

$\boxed{X}$ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

$\boxed{X}$ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/01/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Liquidated 2001 | | | | | | | | | |
| 2. Liquidated 2001 | | | | | | | | | |
| 3. Not reportable 2006 | | | | | | | | | |
| 4. Not reportable 2006 | | | | | | | | | |
| 5. No longer reportable 2006 | | | | | | | | | |
| 6. Liquidated 2000 | | | | | | | | | |
| 7. Liquidated 1995 | | | | | | | | | |
| 8. Liquidated 1993 | | | | | | | | | |
| 9. Liquidated 2002 | | | | | | | | | |
| 10. Liquidated 1993 | | | | | | | | | |
| 11. Liquidated 2004 | | | | | | | | | |
| 12. Liquidated 1995 | | | | | | | | | |
| 13. Fidelity Ginnie Mae [FGMNX] | A | Dividend | J | T | | | | | |
| 14. Fidelity Independence [FDFFX] | A | Dividend | L | T | | | | | |
| 15. Fidelity Growth Company [FDGRX] | | None | M | T | | | | | |
| 16. Fidelity Magellan [FMAGX] | E | Dividend | M | T | | | | | |
| 17. Liquidated 1995 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Liquidated 1995 | | | | | | | | | |
| 19. Fidelity Convertible Securities [FCVSX] | B | Dividend | L | T | | | | | |
| 20. Liquidated 1999 | | | | | | | | | |
| 21. T.Rowe Price Small Cap [OTCFX] | A | Dividend | L | T | | | | | |
| 22. Liquidated 1998 | | | | | | | | | |
| 23. Putnam Global Natural Resources, Cl.A [EBERX] | A | Dividend | L | T | | | | | |
| 24. Liquidated 2005 | | | | | | | | | |
| 25. Liquidated 1998 | | | | | | | | | |
| 26. Not reportable 2006 | | | | | | | | | |
| 27. Liquidated 1998 | | | | | | | | | |
| 28. Liquidated 1998 | | | | | | | | | |
| 29. Liquidated 1998 | | | | | | | | | |
| 30. Liquidated 1995 | | | | | | | | | |
| 31. Liquidated 1999 | | | | | | | | | |
| 32. Liquidated 1999 | | | | | | | | | |
| 33. Liquidated 1996 | | | | | | | | | |
| 34. Liquidated 1996 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Liquidated 2005 | | None | | | | | | | |
| 36. Liquidated 2002 | | | | | | | | | |
| 37. Oppenheimer Quest Capital Value, C1.A [QCVAX] | D | Dividend | | | Sold | 12/22 | L | E | |
| 38. No longer reportable 2002 | | | | | | | | | |
| 39. No longer reportable 2002 | | | | | | | | | |
| 40. No longer reportable 2002 | | | | | | | | | |
| 41. No longer reportable 2002 | | | | | | | | | |
| 42. Fidelity Stock Selector [FDSSX] | A | Dividend | L | T | | | | | |
| 43. Trust No. 1 | F | Distribution | P1 | T | | | | | |
| 44. No longer reportable 2002 | | | | | | | | | |
| 45. Liquidated 1996 | | | | | | | | | |
| 46. Liquidated 2001 | | | | | | | | | |
| 47. Liquidated 2000 | | | | | | | | | |
| 48. Liquidated 2004 | | | | | | | | | |
| 49. Davis New York Venture, C1.A [NYVTX] | C | Dividend | N | T | Partial Sale | 12/22 | K | D | |
| 50. Central Securities Corp. [CET] | A | Dividend | K | T | | | | | |
| 51. T.Rowe Price Blue Chip Growth [TRBCX] | A | Dividend | L | T | Partial Sale | 12/22 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WOODLOCK, DOUGLAS P | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Franklin Small Mid-Cap Growth, C1.A [FRSGX] | D | Dividend | | | Sold | 12/22 | M | E | |
| 53. Liquidated 2005 | | None | | | | | | | |
| 54. Nantucket MBIA 7/15/17 (Bonds) | B | Interest | K | T | | | | | |
| 55. Liquidated 1998 | | | | | | | | | |
| 56. Liquidated 1999 | | | | | | | | | |
| 57. Liquidated 1999 | | | | | | | | | |
| 58. Liquidated 1999 | | | | | | | | | |
| 59. Liquidated 1999 | | | | | | | | | |
| 60. Liquidated 1999 | | | | | | | | | |
| 61. Liquidated 1998 | | | | | | | | | |
| 62. Liquidated 1998 | | | | | | | | | |
| 63. Liquidated 2000 | | | | | | | | | |
| 64. Liquidated 2000 | | | | | | | | | |
| 65. General Electric-Common [GE] | C | Dividend | | | Sold | 12/11 | M | | |
| 66. Liquidated 2000 | | | | | | | | | |
| 67. High Yield Income [HYI] | B | Dividend | K | T | | | | | |
| 68. DWS High Inc.Trust[name change2/8][KHI] | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Liquidated 2000 | | | | | | | | | |
| 70. TCW Strategic Income [name change 3/1] [TSI] | B | Dividend | K | T | | | | | |
| 71. DNP Select Income [DNP] | A | Dividend | J | T | | | | | |
| 72. Not reportable 2006 | | | | | | | | | |
| 73. Vanguard Long-Term Treasury [VUSTX] | B | Dividend | K | T | Partial Sale | 11/15 | J | | |
| 74. Vanguard Long-Term Investment-Grade [VWETX] | A | Dividend | M | T | Bought | 12/11 | K | | |
| 75. Vanguard Life Strategy Income [VSAIX] | C | Dividend | | | Sold | 12/11 | M | D | |
| 76. Liquidated 2000 | | | | | | | | | |
| 77. Mass. Turnpike Authority 1/1/13 (Bonds) | B | Interest | K | T | | | | | |
| 78. Liquidated 2005 | | | | | | | | | |
| 79. Liquidated 2005 | | | | | | | | | |
| 80. Vanguard Mid-Cap Index [VIMAX] | B | Dividend | M | T | | | | | |
| 81. Vanguard Value Index [VVIAX] | B | Dividend | M | T | | | | | |
| 82. Vanguard 500 Index [VFIAX] | B | Dividend | M | T | | | | | |
| 83. Vanguard Intermediate-Term Bond Index [VBILX] | C | Dividend | M | T | | | | | |
| 84. Vanguard Short Term Bond Index [VBISX] | C | Dividend | L | T | Partial Sale | 3/10 | J | | |
| 85. Not reportable 2006 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Liquidated 2001 | | | | | | | | | |
| 87. Liquidated 2001 | | | | | | | | | |
| 88. Liquidated 2000 | | | | | | | | | |
| 89. Van Kampen Mass VIMT [VMV] | C | Dividend | L | T | | | | | |
| 90. Liquidated 2005 | | | | | | | | | |
| 91. Liquidated 2005 | | | | | | | | | |
| 92. BlackrockFundamental Growth,C1.B[name change 9/29] [MBFGX] | | None | K | T | | | | | |
| 93. Liquidated 2001 | | | | | | | | | |
| 94. Liquidated 2005 | | | | | | | | | |
| 95. FidelityAdvisor High Inc. Advantage, C1.T [FAHYX] | C | Dividend | L | T | | | | | |
| 96. Sequoia [SEQUX] | E | Dividend | N | T | | | | | |
| 97. Franklin Strategic Small Cap Growth FD II, C1.B [FBSGX] | D | Dividend | K | T | | | | | |
| 98. T. Rowe Price Mid-Cap Value [TRMCX] | D | Dividend | M | T | Bought | 12/26 | K | | |
| 99. NASDAQ-100 Trust Series I [QQQQ] | A | Dividend | K | T | | | | | |
| 100. Liquidated 2004 | | | | | | | | | |
| 101. Wachovia Bank accounts | B | Interest | J | T | | | | | |
| 102. Liquidated 2005 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Trusts B | | None | J | W | | | | | |
| 104. T.Rowe Price Value [TRVLX] | A | Dividend | L | T | | | | | |
| 105. Vanguard Small-Cap Index [VSMAX] | B | Dividend | M | T | Bought | 12/11 | M | | |
| 106. Vanguard Extended Market Index [VEXAX] | B | Dividend | M | T | Bought | 12/21 | M | | |
| 107. T.Rowe Price New American Growth [PRWAX] | | None | L | T | Bought | 12/22 | L | | |
| 108. T.Rowe Price Equity Income [PRFDX] | | None | L | T | Bought | 12/22 | L | | |
| 109. T.Rowe Price New Horizons [PRNHX] | | None | K | T | Bought | 12/22 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/01/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I and Part VII:

Trust No. 1 (Part I, Item 1; Part VII, Item 43) is a revocable trust which does not appear to meet the definition of an Aggregate Ownership Arrangement. The corpus of this trust consists of assets fully disclosed within Part VII, where the income and value of the holdings are separately reported as part of the individual identification of those assets. Thus, the report of income and value provided for this Trust in Part VII constitutes duplicate reporting of the income and value of the underlying assets.

Positions in Part I, Items 2 and 3, were relinquished during the Part I tail period between January 1, 2007 and the filing date. The resignation dates are noted in Part I in order to permit ease of reconciliation with future reports.

Trust No. 2 (Part I, Item 4) is a revocable trust which does not appear to meet the definition of an Aggregate Ownership Arrangement. Reportable assets were not placed in the trust until January 5, 2007 and consequently Trust No. 2 is not reportable in Part VII this year. Nevertheless, because the position of Trustee of an entity with reportable assets was held during the Part I tail period between January 1, 2007 and the filing date, it is being reported in Part I this Calendar Year 2006 Report in order to permit ease of reconciliation with reports in future years.

Part VII, Item 103:

During the administration of the will of ███████████ it was discovered that ██████ had received a bequest of modest fractional interests in two trusts [Trusts B] holding ownership of undeveloped properties in the Bahamas. The executor/trustee reports that the properties were sold and the trusts liquidated without gain or loss in January 2007.

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 05/01/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Date _May 1, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544